**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7002**

_____

DARNELL KHAN,

                    Plaintiff – Appellant,

          v.

RONDO MYERS; CAPTAIN BUFFORD; LT. WALTER SMITH; SGT. J. WILLIAMS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Timothy M. Cain, District Judge. (4:12-cv-00524-TMC)

_____

Submitted:  November 16, 2012      Decided:  November 29, 2012

_____

Before AGEE, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darnell Khan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Khan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Khan v. Myers</u>, No. 4:12-cv-00524-TMC (D.S.C. May 30, 2012). We deny Khan's motion to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>